SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2017
APRIL 3, 2018 SESSION



FILED
APR - 4 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                       CRIMINAL NO. 1:18-cr-00074
                         21 U.S.C. § 841(a)(1)

**CASSANDRA TILLER**

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about March 13, 2017, at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about March 23, 2017, at about 12:48 p.m., at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about March 23, 2017, at about 5:05 p.m., at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 27, 2017, at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE**

On or about March 28, 2017, at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX**

On or about April 17, 2017, at or near Montcalm, Mercer County, West Virginia, within the Southern District of West Virginia, defendant CASSANDRA TILLER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     JOHN L. FILE
     Assistant United States Attorney