IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18-00074

CASSANDRA TILLER

## MEMORANDUM OPINION AND ORDER

By Memorandum Opinion and Order dated February 24, 2021, the court revoked defendant's term of supervised release and sentenced her to a term of incarceration of one (1) month. The court further ordered that defendant be released from custody on **March 3, 2021** so that she might begin a 28-day program at Prestera Pinecrest in Huntington as a special condition of supervised release. On February 26, 2021, defendant asked the court to modify its earlier order to direct that defendant be released on March 3, 2021, at 8:00 a.m., so that she might arrive at Prestera by 11:00 a.m. For good cause shown, defendant's motion is **GRANTED** and the she is to be released from custody at **8:00 a.m., on March 3, 2021.**

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 2nd day of March, 2021.

ENTER:

David A. Faber
Senior United States District Judge